**M. H. Steffey et al., appellees, v. Ohio Oil Company, appellant.**

Action by lessor to recover damages for breach of conditions of lease stipulating for the development of oil and gas wells. Judgment for plaintiffs. Appeal from the Circuit Court of Lawrence county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Gee & Gee, for appellant. Frank C. Meserve and Philip W. Barnes, for appellees.

Mr. Justice Higbee delivered the opinion of the court.

---

**F. B. Miller, appellee, v. Saline County Coal Company, appellant.**

Action by surface owner to recover damages for injury to property caused by subsidence of land owing to mining of coal by lessee of mineral rights. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Miley & Combe, Warren Nichols and A. C. Lewis, for appellant. W. C. Kane, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**E. B. Dick, appellant, v. First National Bank, appellee.**

Action by bank to recover amount of a draft made upon it against proceeds of sale of a stock certificate deposited for sale, but the transfer of which on the company's books was prevented by the drawer's transferrer subsequent to the payment of the draft. Judgment for defendant. Appeal from the Circuit Court of Franklin county; the Hon. C. H. Miller, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

Carl Choisser and H. F. Knox, for appellant. William H. Hart, William W. Hart and Marion M. Hart, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**Samuel J. Doumas, appellant, v. A. M. Levy, appellee.**

Assumpsit for work, labor and material furnished and for money expended on account of defendant in making alterations in property in contemplation of a sublease thereof to defendant. Judgment for defendant. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.

J. M. Bandy, for appellant. D. G. Williamson, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Helen Hageman, appellee, v. Edwin S. Fritz, appellant.**

Bastardy proceedings. Judgment for plaintiff for $200 for first year and $100 a year thereafter for 9 years. Appeal from the County Court of St. Clair county; the Hon. J. B. Messick, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed January 26, 1923.

P. K. Johnson and R. H. Horner, for appellant. H. C. Lindauer, for appellee; E. C. Chamberlin, of counsel.

Mr. Justice Higbee delivered the opinion of the court.